# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **DANIEL R.L.,** | ) |
| | ) |
| **PLAINTIFF** | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL NO. 1:20-CV-258-DBH** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | ) ) ) ) |
| | ) |
| **DEFENDANT** | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 5, 2021, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision and Order on Motion to Strike. The time within which to file objections expired on July 20, 2021, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's motion to strike is **MOOT**. The Commissioner's decision is **AFFIRMED** with respect to the issue of disability cessation but **VACATED** and the case **REMANDED** for further proceedings consistent with the Recommended Decision on the issue of the plaintiff's eligibility for Section 301 payments.

**SO ORDERED.**

**DATED THIS 22ND DAY OF JULY, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**